EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* | |
| Medidas Judiciales ante estado de emergencia por falla en el sistema eléctrico que afecta a todo Puerto Rico | 2022 TSPR 40 <br><br> 208 DPR \_\_\_\_\_ |

Número del Caso: EM-2022-03

Fecha: 7 de abril de 2022

Materia: Medidas Judiciales ante estado de emergencia por falla en el sistema eléctrico que afecta a todo Puerto Rico.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

| | | |
|---|---|---|
| Medidas Judiciales ante estado de emergencia por falla en el sistema eléctrico que afecta a todo Puerto Rico | EM-2022-03 | Extensión de Términos Judiciales |

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de abril de 2022.

Esta mañana emitimos la Resolución Núm. EM-2022-2, mediante la cual dispusimos que los términos que vencieran hoy, 7 de abril de 2022, se extenderían hasta mañana viernes, 8 de abril de 2022. La extensión se debió a que en la noche del 6 de abril de 2022 todo Puerto Rico experimentó una interrupción en el servicio de energía eléctrica que provocó que se decretara un estado de emergencia.

A 24 horas del evento la mayoría de los Puertorriqueños todavía no tienen servicio de energía eléctrica. Se prevee que la restauración del sistema tarde algunas horas más, e incluso, para ciertos sectores, días.

Como resultado de lo anterior, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a esos procedimientos, se decreta que aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. En consecuencia, se considerará el 7 y 8 de abril de 2022 como si fuera un día feriado. Cualquier término que venza el 7 de abril de 2022 o el 8 de abril de 2022 vencerá el lunes 11 de abril de 2022.

Se ordena la difusión pública inmediata de esta Resolución. Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Prensa Interino de la Oficina de Administración de los Tribunales y a la Directora de la Oficina de Comunicaciones del Poder Judicial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo